6/19/2015 11:21 AM SR

CAUSE NO. 23814

| THE STATE OF TEXAS | § | IN THE 6th DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| ALEX BRENES | § | LAMAR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/25/2015 8:57:00 AM
DEBBIE AUTREY
Clerk

DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ALEX BRENES, the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the 6th Court of Appeals of Texas from the judgment(s) rendered against him. Counsel at trial does not volunteer to serve as appellate counsel.

_____
Alex Brenes, Defendant

OR

Respectfully submitted,

By:

_____
G. Donald Haslam, Jr., Counsel for Defendant, TBA # 24071792, OBA #17873
3140 Clark Lane
Paris, TX 75460
903-739-9221
888-541-9780 FAX
haslamlaw@att.net

1